IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 02-cv-02267-WDM-PAC (consolidated with 03-cv-01633-WDM-PAC)

APPLIED INNOVATIVE TECHNOLOGIES, INC.,

    Plaintiff,

v.

EXCALIBUR ELECTRONICS, INC., et al.,

    Defendants.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

In accordance with the Joint Status Report filed January 23, 2006, this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before January 24, 2007, this case shall be automatically dismissed without prejudice.

DATED at Denver, Colorado, on January 24, 2006

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge